1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

8   CHARLES NASH,                          CASE NO. 1:12-cv-00694-SMS

9                    Plaintiff,
                                           ORDER GRANTING PLAINTIFF'S
10       v.                                MOTION TO PROCEED *IN FORMA
                                           PAUPERIS*
11   MICHAEL J. ASTRUE,
     Commissioner of Social Security,
12
                     Defendant.            (Doc. 3)
13   _____/

14
15          By a motion filed April 30, 2012, Plaintiff Charles Nash seeks to proceed *in forma*

16   *pauperis*.  Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. §

17   1915(a).

18          Accordingly, the Court GRANTS Plaintiff's motion to proceed *in forma pauperis*.

19          Notwithstanding this order, the Court does not direct that service be undertaken until the

20   Court screens the complaint in due course and issues its screening order.

21
22
23
24   IT IS SO ORDERED.

     **Dated:    May 2, 2012**                        **/s/ Sandra M. Snyder**
25                                                UNITED STATES MAGISTRATE JUDGE

26
27
28

                                            1