1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

CHARLES NASH,                                    CASE NO. 1:12-cv-00694-SMS

                Plaintiff,

                                   ORDER AUTHORIZING
   v.                                       SERVICE OF COMPLAINT

MICHAEL J. ASTRUE,
Commissioner of Social Security,

                Defendant.

_____/

      On June 28, 2012, Plaintiff Charles Nash submitted his second amended complaint in this matter, captioned "Complaint to Review and Set Aside the Final Order of the Commissioner Pursuant to 42 U.S.C. §§ 405(g) and 1383(c)(3)" (Doc. 11).  The Court, having screened the amended complaint pursuant to 28 U.S.C. § 1915(a), finds that it states a cognizable claim and that  service of the complaint upon the Commissioner is now appropriate. Accordingly, the Clerk of Court is hereby directed to issue the summons and scheduling order.

IT IS SO ORDERED.

**Dated:    July 3, 2012**                    _____/s/ Sandra M. Snyder_____
                                      UNITED STATES MAGISTRATE JUDGE