1  BENJAMIN B. WAGNER
2  United States Attorney
   GRACE M. KIM
3  Regional Chief Counsel, Region IX,
4  Social Security Administration
   ARMAND D. ROTH [C.S.B.N. 214624]
5  Special Assistant United States Attorney
6        160 Spear Street, Suite 800
7        San Francisco, CA 94105
         Telephone: (415) 977-8924
8        Fax: (415) 744-0134
9        E-Mail: Armand.Roth@ssa.gov

10 Attorneys for Defendant

11              UNITED STATES DISTRICT COURT
12            EASTERN DISTRICT OF CALIFORNIA
13                  **FRESNO DIVISION**
14

15 CHARLES LELAND NASH,                )
16                                      )  Civil No. 1:12-cv-00694-AWI-SMS
                                        )
17        Plaintiff,                    )
                                        )  **STIPULATION AND ORDER TO**
18    vs.                               )  **EXTEND BRIEFING SCHEDULE**
                                        )
19                                      )
   CAROLYN W. COLVIN, Acting           )
20 Commissioner of Social Security,[1]  )
                                        )
21                                      )
22        Defendant.                    )
                                        )
23 _____ )

24

25

26 _____

27 [1] Carolyn W. Colvin became the Acting Commissioner of Social Security on
   February 14, 2013.  Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure,
28 Carolyn W. Colvin should be substituted for Michael J. Astrue as the defendant in
   this suit.  No further action need to be taken to continue this suit by reason of the
   last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

-1-

1       IT IS HEREBY STIPULATED by the parties, through their undersigned

2  attorneys, and with the approval of this Court, to extend the time by 30 days, from

3  March 8, 2013, to April 7, 2013, for Defendant to file his Opposition to Plaintiff's

4  Opening Brief.  This is Defendant's first request for an extension.

5       There is good cause for this extension because the undersigned, Defendant's

6  assigned Special Assistant United States Attorney, has a heavy case load due to the

7  departures of numerous senior attorneys from Defendant's Office of Regional

8  Chief Counsel. This has required a significant amount of the office's resources to

9  train newly hired attorneys as well as substantial increases in workload office-

10  wide, including the reassignment of over 250 district court cases and

11  approximately 20 appellate cases.

12                            Respectfully submitted,

13  Date:  February 28, 2013

14

15                      By:  */s/ Sengthiene Bosavanh*

15                           SENGTHIENE BOSAVANH

16                           Milam Law

17                           *\* By email authorization*

17                           Attorney for Plaintiff

18

19  Date:  February 28, 2013           BENJAMIN B. WAGNER

20                           United States Attorney

20                           GRACE M. KIM

21                           Regional Chief Counsel, Region IX,

21                           Social Security Administration

22                      By:  */s/ Armand Roth*

23                           ARMAND D. ROTH

24                           Special Assistant United States Attorney

24                           Attorneys for Defendant

25

26

27

28

1

<u>ORDER</u>

2

3

    APPROVED AND SO ORDERED.

4

5
DATED<u>:  3/1/2013</u>                          <u>/s/ SANDRA M. SNYDER</u>
                                        SANDRA M. SNYDER
6                                       UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28