BENJAMIN B. WAGNER
United States Attorney
GRACE M. KIM
Regional Chief Counsel, Region IX,
Social Security Administration
SHEA LITA BOND
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: (415) 977-8934
    Fax: (415) 744-0134
    E-Mail: Shea.Bond@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| CHARLES LELAND NASH, ) | |
| ) | Civil No. 1:12-CV-00694-AWI-SMS |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER TO** |
| vs. ) | **EXTEND BRIEFING SCHEDULE** |
| ) | |
| CAROLYN W. COLVIN, Acting ) | |
| Commissioner of Social Security,[1] ) | |
| ) | |
| Defendant. ) | |
| ) | |

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted for Michael J. Astrue as the defendant in this suit. No further action need to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of this Court, to extend the time by an additional 14 days, from April 8, 2013, to April 22, 2013, for Defendant to file her Opposition to Plaintiff's Opening Brief.

This extension is being sought due to an unusually heavy current case load in the Commissioner's regional office, which includes training several new hires. The Commissioner respectfully seeks an additional 14 days in order to properly review her brief in this matter.

Respectfully submitted,

Date: <u>April 8, 2013</u>

By: <u>/s/ Sengthiene Bosavanh*</u>
SENGTHIENE BOSAVANH
Milam Law
*By email authorization*
Attorney for Plaintiff

Date: <u>April 8, 2013</u>
BENJAMIN B. WAGNER
United States Attorney
GRACE M. KIM
Regional Chief Counsel, Region IX,
Social Security Administration

By: <u>/s/ Elizabeth Firer</u> for
SHEA LITA BOND
Special Assistant United States Attorney
Attorneys for Defendant

<u>ORDER</u>

APPROVED AND SO ORDERED.

DATED: 4/9/2013            <u>/s/ SANDRA M. SNYDER</u>
SANDRA M. SNYDER
UNITED STATES MAGISTRATE JUDGE

-2-