1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

7
8
9

CHARLES NASH,

 **Case No.  1:12-cv-00694-AWI-SMS**

10

                    Plaintiff,

11

          v.

 **ORDER ADOPTING FINDINGS AND RECOMMENDATION RECOMMENDING DENIAL OF PLAINTIFF'S REQUEST FOR ATTORNEYS' FEES**

12
13

COMMISSIONER OF SOCIAL SECURITY,

14

                    Defendant.

15

 (Docs. 34 and 38)

16
17
18

        On September 30, 2013, the District Court issued an order in which it adopted in part and

19

declined to adopt in part, findings and recommendations filed by the Magistrate Judge on May 24,

20

2013.  The District Court remanded the above-entitled case to the Commissioner for further

21

proceedings relating to Plaintiff's claimed side effects from Lasix, a medication he took to reduce

22

edema.

23

        On December 24, 2013, Plaintiff moved for attorneys' fees and costs under the Equal

24

Access to Justice Act.  The Commissioner opposed the motion, contending that her position was

25

substantially justified.  On February 20, 2014, the Magistrate Judge filed findings and

26

recommendations in which she concluded that the Commissioner's defense of the ALJ's decision

27
28

was substantially justified and recommended denial of Plaintiff's request for attorneys' fees.  In the alternative, the Magistrate Judge recommended that any award of attorneys' fees be reduced to $3888.17 in fees and costs.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the case *de novo*.  Having carefully reviewed the entire file and applicable law, the Court finds the Commissioner's support of the ALJ's determination to have been substantially justified.  *See* 28 U.S.C. § 2412(d)(1)(A).

Accordingly, the findings and recommendation to deny attorneys' fees, filed February 20, 2014, are hereby ORDERED adopted.  Plaintiff's motion for attorneys' fees is hereby DENIED in full.

IT IS SO ORDERED.

Dated:   January 13, 2015

_____
SENIOR  DISTRICT  JUDGE

2