# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES NASH,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | Case No. 1:12-cv-00694-AWI-SMS<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Docs. 45, 47) |

　　　　This matter is before the Court on the Findings and Recommendation ("F&R") filed by the Magistrate Judge on February 5, 2016. Doc. 47.

　　　　The parties received proper notice under 28 U.S.C. § 636(b)(1)(C), including notice that failure to object to the F&R within the specified time may result in waiver of the right to appeal. *Martinez v. Ylst,* 951 F.2d 1153 (9th Cir.1991). No objections were filed.

　　　　Accordingly, it is HEREBY ORDERED that:

1. The F&R filed on February 5, 2016, is adopted in full;

2. Counsel's Amended Motion for Attorney Fees under 42 U.S.C. § 406(b), Doc. 45, is granted and counsel is awarded $13,972.48 in fees.

IT IS SO ORDERED.

Dated:　March 10, 2016　　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　　　　　　　SENIOR DISTRICT JUDGE